# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DECHERT LLP, | : | No. 18 EAP 2020 |
| | : | |
| Appellee | : | Appeal from the order of |
| | : | Commonwealth Court dated |
| | : | June 23, 2020 at 442 MD 2019. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| COMMUNITY AND ECONOMIC | : | |
| DEVELOPMENT, | : | |
| | : | |
| Appellant | : | |

## <u>ORDER</u>

**PER CURIAM**                                                                 **DECIDED:  May 18, 2021**

　　　　**AND NOW,** this 18th day of May, 2021, the order of the Commonwealth Court is

**AFFIRMED**.